# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ROBERT

CIVIL ACTION

VERSUS

21-418-SDD-RLB

OLD REPUBLIC
INSURANCE COMPANY, ET AL.

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated October 12, 2021, to which no opposition was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Motion to Remand* is hereby GRANTED, and this action is to be REMANDED to the 18th Judicial District Court, Parish of Pointe Coupee, State of Louisiana.

**IT IS FURTHER ORDERED** that the Parties bear their own costs.

Signed in Baton Rouge, Louisiana the 28th day of October, 2021.

*Shelly Dick*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 2.
[2] Rec. Doc. 9.